UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WESLEY WILEY,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA,<br>Defendant. | Case No. 22-cv-03153-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff John Wesley Wiley has filed a motion to proceed *in forma pauperis*, and a complaint and an amended complaint in which he names the State of California as the sole defendant. Both complaints contain non-actionable, frivolous and non-sensical allegations. In the original complaint, Wiley alleges that the state court violated case management rules regarding service. (Dkt. No. 1 at 3.) He also makes allegations regarding his military draft number. (*Id.*) In his amended complaint, which is one page long, Wiley discusses child custody matters in a highly disorganized fashion and asks for $200 trillion in damages from the State of California. (Dkt. No. 41.)

In its review the court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). Furthermore, provides that the court "shall" dismiss any case brought *in forma pauperis* "if the court determines" that the allegation of poverty is untrue, or that the action or appeal is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

1   This federal civil rights action is DISMISSED because Wiley's allegations are non-sensical and frivolous.  Furthermore, the State of California, the sole defendant, is immune from suit.  The Eleventh Amendment of the Constitution "bars suits which seek either damages or injunctive relief against a state, an 'arm of the state,' its instrumentalities, or its agencies."  *Franceschi v. Schwartz*, 57 F.3d 828, 831 (9th Cir. 1995) (citation omitted).

Wiley has filed over 40 non-sensical motions, which the Court takes as further evidence of the action's frivolousness.  With the exception of his application to proceed *in forma pauperis* (Dkt. No. 2), all pending motions are DENIED.

This action is DISMISSED as frivolous.  The Clerk shall terminate all pending motions with the exception of Dkt. No. 2.  The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated:  December 2, 2022



WILLIAM H. ORRICK
United States District Judge